UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 28451
    DWIGHT A NIELSEN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-6193

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/02/04 and confirmed on 10/01/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  74550.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO | SECURED VEHIC | 6872.59 | 581.64 | 6872.59 |
| AMERICAN GENERAL FINANCE | SPECIAL CLASS | 27168.51 | .00 | 27168.51 |
| ILLINOIS DEPT REVENUE | PRIORITY | 729.97 | .00 | 729.97 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9634.20 | .00 | 9634.20 |
| B FIRST LLC | UNSECURED | 1036.76 | .00 | 497.91 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4350.74 | .00 | 2089.48 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1337.24 | .00 | 642.22 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 14249.07 | .00 | 6843.25 |
| GATEWAY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1754.16 | .00 | 842.45 |
| INTERNAL REVENUE SERVICE | UNSECURED | 28743.80 | .00 | 13804.49 |
| MASTER TEK INTL INC | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 587.26 | .00 | 282.04 |
| NORDSTROM FSB | UNSECURED | 885.32 | .00 | 425.18 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| RCN TELECOM SERVICES OF | UNSECURED | NOT FILED | .00 | .00 |
| WEST CENTRAL ANES GROUP | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

                 Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |

--------------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED        6872.59    10364.17    80112.86          .00    97349.62
PRINCIPAL PAID            6872.59    10364.17    52595.53          .00    69832.29
INTEREST PAID              581.64         .00         .00          .00      581.64
TOTAL PAID                7454.23    10364.17    52595.53          .00    70413.93
```
The Debtor's attorney, JOSEPH WROBEL ESQ                , was allowed $    2700.00
and was paid $   1780.00  direct and $    920.00  through the plan.

The Trustee received $    3216.07 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/18/08                 /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE




                            PAGE  2
        CASE NO. 04 B 28451 DWIGHT A NIELSEN